# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **JENNIFER DUTTON,** *Defendant.* | **CRIMINAL ACTION NO. 3:23-cr-00012-TES-CHW-3** |

## ORDER GRANTING MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Jennifer Dutton's Motion to Continue [Doc. 105]. On April 12, 2023, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Methamphetamine,[1] Distribution of Methamphetamine,[2] Possession with Intent to Distribute Methamphetamine,[3] and Possession of a Firearm in Furtherance of a Drug Trafficking Crime.[4] [Doc. 1]. Defendant entered a plea of not guilty on March 26, 2025. [Doc. 103].

Defendant seeks a continuance to allow her counsel to receive and review discovery, as well as continue plea negotiations with the Government. [Doc. 105, p. 1].

---

[1] In violation of 21 U.S.C. § 846.

[2] In violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) and 18 U.S.C. § 2.

[3] In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

[4] In violation of 18 U.S.C. §§ 2, 924(c)(1)(A).

So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for Continuance [Doc. 105], and **CONTINUES** this case to the June term of Court—beginning on June 23, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 27th day of March, 2025.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
